AB
F.# 2023R00638

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

IN RE:  UNSEALING OF RECORDS
RELATING TO ROY BURVICK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

EX PARTE AFFIRMATION AND
APPLICATION

24-MC-3296

      Arun Bodapati, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

      1.      I am a Trial Attorney working on behalf of the office of Breon Peace, United States Attorney for the Eastern District of New York.  I am a federal prosecutor in charge of a federal investigation and prosecution of Roy Burvick.  I make this Affirmation and Application, pursuant to the All Writs Act, Title 28, United States Code, Section 1651, for an order to unseal and obtain documents from the New York City Police Department ("NYPD") that were originated and kept in the files maintained by the NYPD (including but not limited to arrest reports, complaints, DD-5 reports, lab reports, body camera footage and other such documents) relating to the arrest of Roy Burvick (arrest number K23633330), and to unseal and obtain any other records relating to the same arrest of Roy Burvick maintained by the Office of the District Attorney for Kings County ("KCDA").

      2.      This Office has charged Roy Burvick with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), in case number 23-CR-450 (NRM).  The files maintained by the NYPD and KCDA relating to the arrest listed above are believed to contain information relevant to this federal investigation and prosecution.

3.       I have been informed by law enforcement that the NYPD's arrest-related records are sealed in their entirety as to Roy Burvick and will not be disclosed without an unsealing order.  I further know that where the underlying arrest records are sealed, KCDA will not disclose any related grand jury testimony and search warrants without an unsealing order.

4.       Accordingly, I make this Affirmation for an order to unseal the records specified herein, solely for the purpose of the federal investigation.  This request is being made, *inter alia*, so that the United States Attorney's Office, pursuant to its obligations under the Federal Rules of Evidence, the Federal Rules of Criminal Procedure, Title 18, United States Code, Section 3500, as well as *Brady* v. *Maryland*, 373 U.S. 83 (1963), *Giglio* v. *United States*, 405 U.S. 150 (1972), and their progeny, can produce any appropriate statements or evidence in this prosecution and comply with its obligations.

WHEREFORE, it is respectfully requested that the Court grant this Application for an Order to unseal and obtain from the NYPD and KCDA the files related to the arrest listed above.

Dated:  Brooklyn, New York
        August 22, 2024

*Arun Bodapati*
_____
Arun Bodapati
Trial Attorney
(718) 254-6250

AB
F.# 2023R00638

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

IN RE: UNSEALING OF
RECORDS RELATING TO ROY
BURVICK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

EX PARTE AFFIRMATION AND
APPLICATION

24-MC-3296

Upon the annexed Affirmation and Application of the United States Attorney for the Eastern District of New York, by Trial Attorney Arun Bodapati, pursuant to the All Writs Act, Title 28, United States Code, Section 1651, requesting that an Order be issued to unseal and obtain documents from the New York City Police Department ("NYPD") that were originated and kept in the files maintained by the NYPD (including but not limited to arrest reports, complaints, DD-5 reports, lab reports, body camera footage and other such documents) relating to the arrest of Roy Burvick (arrest number K23633330), to unseal and obtain any other records relating to the same arrest of Roy Burvick maintained by the Office of the District Attorney for Kings County ("KCDA"), and to permit the United States Attorney's Office to review those documents,

IT IS HEREBY ORDERED that the NYPD and KCDA documents relating to the complaint and arrest listed above be unsealed to permit the United States Attorney's Office to review the contents of the testimony and other related materials.

Dated: Brooklyn, New York
      August 22, 2024

_____
HONORABLE SANKET BULSARA
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK